NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-3124

MARK D. EISELE,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Petition for review of the Merit Systems Protection Board in DC-0752-08-0626-I-1.

ON MOTION

Before LINN, Circuit Judge.

ORDER

We treat Mark D. Eisele's correspondence, dated March 17, 2009 as a motion to stay the present petition pending final disposition of the case by the Merit Systems Protection Board. According to the Board's certified index, the Board's decision became final on December 31, 2009.

Accordingly,

IT IS ORDERED THAT:

The motion is denied. Eisele's informal brief is due within 21 days from the date of the filing of this order.

FOR THE COURT

MAY -1 2009

_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Mark D. Eisele (informal brief for enclosed)
Douglas G. Edelschick, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY - 1 2009

JAN HORBALY
CLERK